Certificate Number: 03621-FLS-DE-025918378

Bankruptcy Case Number: 13-40198

03621-FLS-DE-025918378

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2015, at 12:00 o'clock PM EDT, Marilyn Hirsch completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: July 22, 2015

By: /s/Michelove Thelemaque

Name: Michelove Thelemaque

Title: Credit Counselor